# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3716

_____

Adam Paul Strege,                                          *
                                                           *
              Appellant,                                *
                                                           *
      v.                                                   *
                                                           *
Deutsche Hypotheken Bank, and its                          *
subsidiaries; Cathy Bowman, and her                        *
Husband and his Underwriting                               *
Company; Cathy Bowman's Daughter,                          *
the Afghanistan Ambassador, Her                            *
Husband the Swiss Banker, the Swiss      *   Appeal from the United States
Bank he works for; Cathy Bowman's        *   District Court for the
Son, that deals with Embezzlement in     *   District of Minnesota.
Washington, D.C.; Cathy Bowman's         *
Children, Both in their official and     *   [UNPUBLISHED]
unofficial capacity; Pasco M. Bowman,                      *
In his official and unofficial capacity;                   *
James B. Loken, In his official and                        *
unofficial capacity; Opus Construction                     *
Company; Wilson McShane; William                           *
H. Stephenson; Rob, at 1892 Feronia                        *
Ave.; Judy McCoy, And Husband in                           *
official and unofficial capacity; Brian                    *
Obert, In his official and unofficial                      *
capacity; Homeowner at 452 Laurel                          *
Ave., and her ex-husband in his                            *
official and unofficial capacity;                          *
Sahara McGee, Minnesota Attorney                           *
General in official and unofficial                         *
capacity; West Law, and the company                        *
at 610 Opperman Drive; Gerald                              *

Rauenhorst; U.S. Bancorp; U.S. Bank;          *
Landesbank Baden Wuerttemberg;                *
North Central States Regional Council         *
of Carpenters; United States of               *
America,                                      *
                                              *
                 Appellees.                   *

                                    _____

                    Submitted: May 17, 2010
                        Filed: May 20, 2010
                                    _____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.
                                    _____

PER CURIAM.

        Adam Paul Strege appeals the district court's[1] order granting defendants' motions to dismiss his complaint. The district court reasoned, in part, that Strege's complaint, which consisted of unintelligible allegations of conspiracy to conceal murder and other wrongdoing on the part of the named individuals and entities, failed to state a claim upon which relief could be granted against any defendant. Following careful de novo review, we agree. See Friends of Lake View Sch. Dist. Inc. No. 25 v. Beebe, 578 F.3d 753, 758 (8th Cir. 2009) (court may affirm on any basis record supports); see also Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 554-55, 570 (2007) (to survive motion to dismiss for failure to state claim, complaint must contain enough facts to state claim to relief that is plausible on its face); Carter v. Arkansas, 392 F.3d 965, 968 (8th Cir. 2004) (de novo review). The judgment is affirmed. See 8th Cir. R. 47B.

                          _____

                          _____

        [1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.